No. 16-30486

# In the United States Court of Appeals for the Fifth Circuit

RICKY LANGLEY,

*Petitioner - Appellant*

*v.*

HOWARD PRINCE, WARDEN,
ELAYN HUNT CORRECTIONAL CENTER,

*Respondent - Appellee*

On Appeal from the United States District Court
for the Western District of Louisiana

## UNOPPOSED MOTION OF THE STATE OF TEXAS AS AMICUS CURIAE FOR DIVIDED ARGUMENT AND FOR LEAVE TO PARTICIPATE IN ORAL ARGUMENT

The State of Texas as amicus curiae respectfully requests permission to participate in the January 23, 2019, oral argument of this case before the en banc Court. Respondent has agreed to share ten minutes of his thirty-minute argument with the undersigned counsel for the State of Texas. Granting this motion would therefore not require the Court to enlarge the time for argument. Petitioner does not oppose this motion.

This appeal concerns Petitioner's request for federal habeas corpus relief under 28 U.S.C. § 2254(d). The parties' arguments regarding the requirements of that provision and proper application of the doctrine of double-jeopardy collateral

estoppel announced in *Ashe v. Swenson*, 397 U.S. 436 (1970), are important to the State of Texas.

As the Court is aware, the State of Texas frequently litigates habeas cases in this Court and the Supreme Court. The participation of the State of Texas at oral argument is likely to be helpful to the Court because Texas provides a perspective on the record, state law, and how this case should be decided consistent with Supreme Court precedent that complements, but does not precisely align with, the perspective Louisiana offers. The State of Texas's participation in oral argument would therefore allow the Court to explore a path to decision that differs from those offered by the parties.

## CONCLUSION

The Court should allow Respondent to divide his argument time and grant the

State of Texas as amicus curiae leave to use ten of his thirty minutes.

Respectfully submitted.

/s/ Kyle D. Hawkins

KEN PAXTON
Attorney General of Texas

KYLE D. HAWKINS
Solicitor General
Kyle.Hawkins@oag.texas.gov

JEFFREY C. MATEER
First Assistant Attorney General

MATTHEW H. FREDERICK
Deputy Solicitor General

Office of the Attorney General
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-1700
Fax: (512) 474-2697

BILL DAVIS
JOHN C. SULLIVAN
Assistant Solicitors General

Counsel for the State of Texas
as Amicus Curiae

## CERTIFICATE OF CONFERENCE

Undersigned counsel hereby certifies that on December 14, 2018, counsel for amicus curiae the State of Texas conferred with Richard Bourke, counsel for Petitioner Ricky Langley, regarding this motion. Counsel for Petitioner advised that he does not oppose the motion to participate in oral argument. Undersigned counsel further certifies that on December 12, 2018, counsel for the State of Texas conferred with Elizabeth B. Murrill, counsel for Respondent Howard Prince, regarding this motion and the proposed division of Respondent's argument time. Counsel for Respondent advised that Respondent agrees the motion should be granted.

/s/ Kyle D. Hawkins
KYLE D. HAWKINS

## CERTIFICATE OF SERVICE

On December 21, 2018, this motion was served via CM/ECF on all registered counsel and transmitted to the Clerk of the Court. Counsel further certifies that: (1) any required privacy redactions have been made in compliance with Fifth Circuit Rule 25.2.13; (2) the electronic submission is an exact copy of the paper document in compliance with Fifth Circuit Rule 25.2.1; and (3) the document has been scanned with the most recent version of Symantec Endpoint Protection and is free of viruses.

/s/ Kyle D. Hawkins
KYLE D. HAWKINS

## CERTIFICATE OF COMPLIANCE

This motion complies with: (1) the type-volume limitation of Federal Rule of Appellate Procedure 27(d)(2)(A) because it contains 245 words, excluding the parts of the motion exempted by Rules 27(a)(2)(B) and 32(f); and (2) the typeface requirements of Rule 32(a)(5) and the type style requirements of Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface (14-point Equity) using Microsoft Word (the same program used to calculate the word count).

/s/ Kyle D. Hawkins
KYLE D. HAWKINS